DEELEY KING PANG & VAN ETTEN, LLP
DENNIS W. KING         1734
TRISTAN S.D. ANDRES    10066
1003 Bishop Street, Suite 1550
Honolulu, HI 96813
Phone:   (808) 533-1751
Fax:      (808) 599-2908
E-mail:  dwk@dkpvlaw.com
           ta@dkpvlaw.com

Attorneys for Defendants
CHIN CHA CHO TRUST
PETER I. CHO TRUST

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| DANIEL WARD,<br><br>        Plaintiff,<br><br>    vs.<br><br>CHIN CHA CHO TRUST; PETER I. CHO TRUST,<br><br>        Defendants. | Case No.: 1:18-cv-00200-JMS-RLP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES** |

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS AND ALL PARTIES

It is hereby stipulated and agreed by and between Plaintiff DANIEL WARD and Defendants CHIN CHA CHO TRUST and PETER I. CHO TRUST, by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.1, that Plaintiff's Complaint filed in this case shall be and is hereby dismissed with prejudice.

All parties who have appeared in this action have signed this Stipulation. This case has not been scheduled for trial. There are no remaining parties, claims, or issues in this case.

DATED: Honolulu, Hawai'i, August 21, 2018.


_/s/ Lunsford D. Phillips_
LUNSFORD DOLE PHILLIPS
Attorney for Plaintiff
DANIEL WARD


_/s/ Dennis W. King_
DENNIS W. KING
TRISTAN S.D. ANDRES
Attorneys for Defendants
CHIN CHA CHO TRUST
PETER I. CHO TRUST


APPROVED AS TO FORM:

DATED:  Honolulu, Hawaii, August 22, 2018.




/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge